UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BOWEN, aka WILLIAM JOSEPH BOWEN,<br><br>                    Petitioner,<br><br>vs.<br><br>IVAN CLAY,<br><br>                    Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. SACV 09-0359-FMC(RC)<br><br><br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are DISMISSED without prejudice.

DATE: _April 24, 2009_

_Florence-Marie Cooper_
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\09-0359.mdo
4/22/09